IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| CRYSTAL KURI, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-CV-02685-JAR-JPO |
| | ) | |
| v. | ) | |
| | ) | |
| ADDICTIVE BEHAVIORAL CHANGE HEALTH GROUP, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION OF CLASS CLAIMS UNDER § 216(b) OF THE FLSA**

COMES NOW the Defendant and provides its response to Plaintiff's Motion for Conditional Certification of Class Claims Under § 216(b) of the FLSA.

While Defendant disagrees strongly with the factual allegations made by Plaintiff in her Complaint and interrogatory answers, they are Plaintiff's allegations. Defendant agrees with Plaintiff that those allegations would satisfy the low threshold for an order conditionally certifying Plaintiff's claims as a collective action under the FLSA. So Defendant agrees that an order conditionally certifying those claims as a collective action under the FLSA should be entered.

This will allow the court to approve the proposed notice to the other nurses who are or have been employed by Defendant during the relevant period of time. By sending that notice to the other nurses we will be able to determine which of them, if any, will elect to join this case as a plaintiff. And that will allow us to move to the next stage of the

case—determining the facts as to Plaintiff Kuri's (and as to any other of the nurses who may join as a plaintiff) substantive allegations.

WHEREFORE, Defendant agrees that the court should enter an order conditionally certifying Plaintiff's claims under the FLSA as a collective action and approving the proposed notice to the other nurses.

Respectfully submitted,

/s/Monte Vines

Monte Vines, #11044
ADAMS JONES LAW FIRM, P.A.
1635 N. Waterfront Parkway, Suite 200
Wichita, KS 67206-6623
Phone: (316) 265-8591 / Fax: (316) 265-9719
mvines@adamsjones.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to:

Phillip M. Murphy II
Law Office of Phillip M. Murphy, II
6731 W. 121st Street
Overland Park, KS 66209

/s/Monte Vines

Monte Vines, #11044