UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CRYSTAL KURI,

           Plaintiff,

v.                                            Case No. 2:16-cv-2685-JAR-GLR

ADDICTIVE BEHAVIORAL CHANGE
HEALTH GROUP, LLC,

           Defendant.

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW, the Plaintiff, pursuant to Fed. R. Civ. P. Rule 15 (a) (2) and L.R. 7.1 (a), and moves for the Court's leave to amend their complaint. Attached hereto, as "Exhibit 'A' is the proposed amended complaint.

Respectfully submitted,

LAW OFFICE OF PHILLIP M. MURPHY, II

      */s/   Phillip M. Murphy II*
Phillip M. Murphy, II MO #23770
4717 Grand Ave., Ste. 250
Kansas City, MO 64112
(p)   913-661-2900
(f)   913-312-5841
Phillip@phillipmurphylaw.com
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of April, 2015, a copy of the above and foregoing was filed electronically with the Clerk of the Court via CM/ECF to the following:

Cami L. Davis
CLARK HILL THORP REED
One Oxford Centre
301 Grant St., 14th Fl.
Pittsburgh, PA 15219
cdavis@clarkhillthorpreed.com

Mr. Robert Hingula
POLSINELLI
900 W. 48th Pl., Ste. 900
Kansas City, MO 64112
rhingula@polsinelli.com
ATTORNEYS FOR DEFENDANTS

**ATTORNEYS FOR DEFENDANT**

                                      /s/ Phillip M. Murphy II