UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CRYSTAL KURI,

                Plaintiff,

v.                                                                                     Case No. 2:16-cv-2685-JAR-GLR

ADDICTIVE BEHAVIORAL CHANGE
HEALTH GROUP, LLC,

Defendant.

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND COMPLAINT

COMES NOW, the Plaintiff, and in support of her Motion to Amend Complaint, allege and assert as such:

I.      FACTUAL BACKGROUND

The Plaintiff brought an action in this Court, pursuant to the Fair Labor Standards Act ("FLSA") asserting violations, including, but not limited to the Defendant's failure to justly compensate her for off the clock work.    (Doc. 1, Petition (sic) of Plaintiff). Defendant, as part of a counterclaim, has sued Plaintiff for breach of contract on a proposed loan.    (Doc. 6, Answer and Counterclaim of Defendant).

In a very recent deposition, owner of Defendant Steve Kamau admitted that he never demanded repayment of the purported loan, and further, that but for Plaintiff's suit against his company, would never have bothered to pursue the money the company now claims.    (See Exhibit A, Deposition Transcript of Steve Kamau 32:1-15; 36:24-37:4)

Plaintiff believes this to be retaliation. For these reasons, the she seeks to amend.1

II.     STATUTORY AUTHORITY AND DISCUSSION

The Plaintiff moves to amend pursuant to Fed. R. Civ. P., Rule 15 (a) (2), which states:

> "…[A] party may amend its pleading only with the opposing party's written consent or the court's leave.    **The Court should give leave when justice so requires.**"

Here, it is clear that justice requires such leave.    This is an issue that has only recently come to light, as the deposition was taken on May 1, 2018.    Though it is relatively late, Plaintiff does not anticipate much, if any further discovery on this issue,

---

1 Attached, as Exhibit B, is the proposed Amended Complaint.

and further, even if the Court were to deny the leave she requests, she could always simply file a separate suit.    Hence, the motion.

III.    CONLUSION

The Plaintiff in this matter would be unduly denied justice were she not allowed to amend her complaint, and assert the retaliation issue as part of this suit instead of a separate one.    The Civil Rules are very clear that, when justice requires it, the Court must allow leave.    For these reasons, the Plaintiffs move the Court to grant them the leave for which they plead.

Respectfully submitted,

LAW OFFICE OF PHILLIP M. MURPHY, II


_____*/s/*__*Phillip M. Murphy II*_____
Phillip M. Murphy, II MO #23770
4717 Grand Ave., Ste. 250
Kansas City, MO 64112
(p)   913-661-2900
(f)    913-312-5841
Phillip@phillipmurphylaw.com
**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of June, 2018, a copy of the above and foregoing was filed electronically with the Clerk of the Court via CM/ECF and thus served to Defendant through its counsel of record.

      /s/ Phillip M. Murphy II